APPEAL No. 75-305. PLANTATIONS INDUSTRIAL SUPPLY OF RHODE ISLAND *v.* WILLIAM F. LEONELLI. This case came on to be heard in response to our order to the plaintiff to *show cause* why its appeal should not be dismissed for lack of standing. The plaintiff's motion for substitution of parties is granted, without prejudice to the defendant's raising the issue of standing in oral argument, and the case is assigned to the regular calendar for further proceedings. Bevilacqua, C.J. not participating. *Aram K. Berberian,* for plaintiff. *William J. Toohey,* City Solicitor, *Thomas L. McDonald,* Asst. City Solicitor, for defendant.

APPEAL No. 75-330. TIMOTHY J. C. PETRONE *et al. v.* HENRY DAVIS *et al.* The appeal of Frank J. Russo is dismissed for failure to comply with the previous order of this court in this case. *Petrone* v. *Davis,* 116 R.I. 938, 358 A.2d 377 (1976), and for failure to comply with Rule 16(a). Bevilacqua, C.J. not participating. *Alan H. Pearlman, Charles D. Wick,* for plaintiffs. *Aram K. Berberian,* for defendants.